JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VORRIS BENJAMIN HUNTER**<br><br>**Plaintiff,**<br><br>vs.<br><br>**REALPAGE, INC.**<br><br>**Defendant.** | Civil Action No. 2:16-cv-02717-PA-MRW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE AND TO BRIEFLY EXTEND MOTION CUT-OFF DATE<br><br>Hon. Percy Anderson<br><br>Former Motion Cut-Off: 1/9/2017<br>New Motion Cut-Off: 1/30/2017 |

On December 9, 2016, Plaintiff Vorris Benjamin Hunter ("Plaintiff") and Defendant RealPage, Inc. ("RealPage") (collectively, the "Parties"), by counsel, submitted a Stipulation to Transfer Venue and to Briefly Extend the Motion Cut-Off Date.  In light of the Stipulation, and good cause appearing, the Court hereby **GRANTS** the Stipulation.

///

///

1  ///
2        The Motion Cut-Off Date is hereby extended from January 9, 2017 to
3  **January 30, 2017**.  In addition, pursuant to 28 U.S.C. § 1404(a), the Court hereby
4  transfers the above captioned case to the United States District Court for the
5  Northern District of California.
6        **IT IS SO ORDERED.**

8  Dated: December 13, 2016      By: _____
9                                      Hon. Percy Anderson
10                                     United States District Judge